UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD J. ULRICH ASSOCIATES, INC., | ) ) ) | CASE NO.1:07MC44 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) | |
| MOLDED FIBER GLASS COMPANIES | ) ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court has been advised by the parties the dispute has been resolved. Therefore the action is dismissed and removed from the Court's active docket.

IT IS SO ORDERED.

7/13/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
JUL 1 3 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND